RAJAI OTHMAN
1480 LAS POSADAS
DUARTE, CA 91010

KOUROSH POURMORADY, ESQ.
KOUROSH M. POURMORADY, ATTORNEY AT
6404 WILSHIRE BLVD
SUITE 1001
LOS ANGELES, CA 90048

CALIFORNIA BUSINESS BUREAU
1711 S. MOUNTAIN AVE
MONROVIA, CA 91016

CAPITAL ONE
P.O. BOX 85147
RICHMOND, CA 23276

CAPITAL ONE
P.O. BOX 85147
RICHMOND, CA 23276

CHEVRON USA
12576 BASELINE ROAD
RANCHO CUCAMONGA, CA 91739

CITIBANK MASTER CARD
P.O. BOX 6000
THE LAKES, NV 98163

DOCTOR'S HOSPITAL
725 S. ORANGE AVE
WEST COVINA, CA 91790

EXPLRORE INSURANCE
28490 AVE. STANFORD STE. 350
VALENCIA, CA 91355

HOUSEHOLD BANK
HOUSEHOLD CREDIT SERVICES
P.O. BOX 60102
CITY OF INDUSTRY, CA 91716

IRS
INSOLVENCY I STOP 5022
300 NORTH LOS ANGELES
ROOM 4062
LOS ANGELES, CA 90012-9903

MACY'S WEST/FDSB
9111 DUKE BLVD
MASON, OH 45040

MACY'S WEST/FDSB
9111 DUKE BLVD.
MASON, OH 45040

PROVIDIAN
P.O. BOX 30176
LOS ANGELES, CA 90030-0176

SAN LEANDRO COLLECTION
AT & T WIRELESS
P.O. BOX 1753
SAN LEANDRO, CA 94577

SUNNY MA
SUNNY MART INC.
LAW OFFICES OF LINDA BATTRAM
415 WEST FOOTHILL BLVD. ST. 109
CLAREMONT, CA 91711